# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00522-CV

**Willie L. Hill, Appellant**

**v.**

**Granger Independent School District, Appellee**

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
NO. 01-077-T368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The judgment in this case was signed April 19, 2004. The notice of appeal was due on or before May 19, 2004. *See* Tex. R. App. P. 26.1. Any motion for extension was due by June 3, 2004. *Id*. 26.3. Appellant filed a notice of appeal on June 10, 2004. Accordingly, the notice of appeal was late. A late notice of appeal does not confer jurisdiction on this Court. *See id*. 25.1(b); *Ashley v. Harris County Risk Mgmt*., 104 S.W.3d 905, 906 (Tex. App.—Corpus Christi 2003, no pet.). We may not alter the time for perfecting appeal. *See* Tex. R. App. P. 2. Accordingly, we must dismiss the appeal. *See* Tex. R. App. P. 42.3(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and B. A. Smith

Dismissed

Filed:   November 4, 2004